UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| WILBERT RUDOLF WIEBE THIESSEN,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>    Respondents. | No. 1:25-CV-271-H |

## ORDER

Before the Court is the petitioner's unopposed motion to dismiss the petition for a writ of habeas corpus. Dkt. No. 13. The petitioner informs the Court that an immigration judge granted cancellation of removal and adjustment of status under 8 U.S.C. § 1229b(b). *Id.* at 1. Thus, the respondents will release the petitioner "in due course," thereby mooting his claims in this case. *Id.*

The Court construes the motion as a motion to voluntarily dismiss under Federal Rule of Civil Procedure 41(a)(2). Finding good cause, the Court grants the motion. The petitioner's claims against the respondents are dismissed. The Clerk of Court is directed to close the case, and the parties shall each bear their own costs and attorneys' fees.

So ordered on February 2, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE